IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| GREGORY PREECE, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:22-cv-445-RP |
| NELSON LEWIS, INC., | § § § | |
| Defendant. | § | |

## ORDER

On August 18, 2022, Plaintiff dismissed all claims against Defendants by joint stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Dkt. 12). "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013). As such, **IT IS ORDERED** that this case is **CLOSED**.

**SIGNED** on August 19, 2022.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE